# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| EDUARDO PEREZ-ROMERO, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| -vs- | ) Case No. CIV-18-852-F |
| | ) |
| WARDEN, GPCF/BOP, UNITED STATES, | ) |
| | ) |
| Respondent. | ) |

## ORDER

On November 9, 2018, United States Magistrate Judge Bernard M. Jones issued a Report and Recommendation, recommending that the pending motion to dismiss be denied. Doc. no. 9. On November 29, 2018, the court granted the Federal Bureau of Prisons and the United States of America a 30-day extension or until December 31, 2018, in which to file an objection to the Report and Recommendation. Doc. no. 11.

The court is in receipt of Respondent's Notice in Response to Report and Recommendation, filed December 20, 2018. Doc. no. 12. The Federal Bureau of Prisons and the United States of America represent that they do not intend to object to the Report and Recommendation. Instead, they represent that they intend to address the merits of plaintiff's action consistent with any order or schedule issued by the court.

With no objection to the Report and Recommendation, the court finds that the Report and Recommendation should be accepted, adopted and affirmed in its entirety.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Bernard M. Jones on November 9, 2018 (doc. no. 9) is **ACCEPTED**, **ADOPTED** and **AFFIRMED**.  Respondents' Motion to Dismiss Petition for a Writ of Habeas Corpus, filed October 10, 2018 (doc. no. 8), is **DENIED**.

IT IS SO ORDERED this 20th day of December, 2018.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

18-0852p002.docx